1 | BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE, State Bar No. 120002
2 | E-Mail: dmaguire@bwslaw.com
444 South Flower Street, Suite 2400
3 | Los Angeles, California 90071
Telephone: (213) 236-0600
4 | Facsimile: (213) 236-2700

FILED
CLERK, U.S DISTRICT COURT
OCT 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send    X
Enter   X
Closed ___
JS-5/JS-6  X
JS-2/JS-3 ___
Scan Only ___

5 | Attorneys for Defendants Jefferson Pilot Financial Insurance Company and Childnet Youth and Family Services, Inc. Long Term Disability Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 | KHEMMA OM,

11 | Plaintiff,

12 | vs.

13 | JEFFERSON PILOT FINANCIAL INSURANCE COMPANY;
14 | CHILDNET YOUTH AND FAMILY SERVICES, INC. LONG TERM
15 | DISABILITY PLAN,

16 | Defendants.

CASE NO. CV 07-2225 VBF (PJWx)

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

ENTERED
CLERK, U.S DISTRICT COURT
OCT 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

21 | IT IS HEREBY STIPULATED by and between Plaintiff Khemma Om, and

22 | Defendants Jefferson Pilot Financial Insurance Company and Childnet Youth and

23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///



LA #4842-7426-8929 v1

Case No CV 07-2225 VBF (PJWx)
STIPULATION AND ORDER FOR DISMISSAL

Family Services, Inc. Long Term Disability Plan that this action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: Sept 26, 2007

KANTOR & KANTOR, LLP
GLENN R. KANTOR

By: _____
GLENN R. KANTOR
Attorneys for Plaintiff Khemma Om

DATED: Sept 26, 2007

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE

By: _____
DANIEL W. MAGUIRE
Attorneys for Defendants Jefferson Pilot Financial Insurance Company and Childnet Youth and Family Services, Inc. Long Term Disability Plan

## ORDER

IT IS HEREBY ORDERED THAT this matter shall be dismissed with prejudice against Defendants. Each party to bear their own costs and attorney's fees.

DATED: 10-11-07 _____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

LA #4842-7426-8929 v1                    2                    Case No. CV 07-2225 VBF (PJWx)
STIPULATION AND ORDER FOR DISMISSAL

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 9, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

in a sealed envelope, postage fully paid, addressed as follows:

Glenn R. Kantor, Esq.
Elizabeth Green, Esq.
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 9, 2007, at Los Angeles, California.

_____
Mary Musulman

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-0348-2113 v1